## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
      Plaintiff

v.

FRANCIS QUINONES-LUGO
    Defendant

CRIMINAL NO. 00CR043-29(PG)

### NOTICE TO THE COURT

TO THE CLERK OF THE COURT:

    Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Criminal Fine imposed in this case has been satisfied in full by defendant Francis Quinones-Lugo.

    I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

    In San Juan, Puerto Rico, this 31 day of August of 2006.

ROSA EMILIA RODRIGUEZ VELEZ
UNITED STATES ATTORNEY

s/ REBECCA VARGAS VERA
Assistant U.S. Attorney
Financial Litigation Unit
USDC ID NO.  203307
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico  00918
Tel. 766-5656