**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>            v.<br><br>FRANCIS QUINONES-LUGO<br>    Defendant | CRIMINAL NO.  00CR043-29(PG) |

**ENTRY OF SATISFACTION**

The Satisfaction of the SPECIAL MONETARY ASSESSMENT AND CRIMINAL FINE IS HEREBY ENTERED.

San Juan, Puerto Rico, this __ day of _____ of 2006.

> FRANCES RIOS DE MORAN
> CLERK OF THE COURT
> UNITED STATES DISTRICT COURT
> FOR THE DISTRICT OF PUERTO RICO
>
> By: _____
>         Deputy Clerk